**GALBAN LOBO CO., S. A., Complainant, v. Leon HENDERSON, Price Administrator, Respondent.**

No. 6.

United States Emergency Court of Appeals.

Decided Oct. 16, 1942.

Donald Marks, of New York City, for complainant.

David Ginsburg, Gen. Counsel, Nathaniel Nathanson, Asst. Gen. Counsel, and Ben W. Heineman, Chief, Court Review Branch, all of Washington, D. C., for the respondent.

Before VINSON, Chief Judge, and MARIS and MAGRUDER, Judges.

PER CURIAM.

This cause is before us on respondent's motion to dismiss the complaint herein to which motion no objections have been interposed.

The motion to dismiss is granted upon the authority of Galban Lobo Company, S. A., v. Leon Henderson, Price Administrator, Em.App., 132 F.2d 153, decided September 30, 1942.

Complaint dismissed.